UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HERITAGE BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANNIE R. HOLT and MELBA HOLT, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:13-CV-00719<br>JUDGE TRAUGER<br>MAGISTRATE JUDGE BROWN |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

This matter is before the Court on the *Motion To Substitute Counsel* filed by Heritage Bank (the "Motion") seeking the entry of an order substituting counsel of record for Heritage Bank. The Court being fully advised and for good cause shown,

It is therefore **ORDERED** that:

1. The Motion is GRANTED;

2. Ronald G. Steen Jr. is removed as counsel of record for Heritage Bank and from the service list for receipt of future mailings;

3. Allison A. Economy is removed as counsel of record for Heritage Bank and from the service list for receipt of future mailings;

3. Robert C. Goodrich Jr. is substituted as counsel of record for Heritage Bank.

4. All future notices, filings, service requirements, and mailings shall be sent to Robert C. Goodrich Jr. at Stites & Harbison PLLC, 401 Commerce Street, Suite 800, Nashville, Tennessee 37219.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

18866N:130726:1043661:2:NASHVILLE
3/18/14

**APPROVED FOR ENTRY:**

s/Robert C. Goodrich Jr.
Robert C. Goodrich, Jr. (BPR No. 10454)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2490
(615) 782-2231    Fax: (615) 742-4126
robert.goodrich@stites.com

*Attorneys for Heritage Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2014, the foregoing proposed *Order Granting Motion To Substitute Counsel* was filed through the Court's CM/ECF system and served electronically upon all Filing Users accepting Notice of Electronic Filing in this case and by first class mail, postage prepaid, addressed as set forth below.

s/Robert C. Goodrich Jr.

| | |
|---|---|
| WILLIAM L. NORTON III | HEATHER HOWELL WRIGHT |
| BRADLEY ARANT BOULT CUMMINGS LLP | BRADLEY ARANT BOULT CUMMINGS LLP |
| 1600 DIVISION ST., STE 700 | 1600 DIVISION ST., STE 700 |
| P.O. BOX 340025 | P.O. BOX 340025 |
| NASHVILLE, TN 37203 | NASHVILLE, TN 37203 |
| BNORTON@BOULTCUMMINGS.COM | HWRIGHT@BABC.COM |